IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOHN DOE,<br><br> *Plaintiff*,<br><br>v.<br><br>PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD,<br><br> *Defendant*. | Civil Action No. 1:24-cv-780-ACR |
| JOHN DOE,<br><br> *Plaintiff*,<br><br>v.<br><br>PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD, et al.,<br><br> *Defendants*. | Civil Action No. 1:25-cv-186-ACR (consolidated with Nos. 1:24-cv-780 (lead), 1:25-cv-70) |
| JOHN DOE CORPORATION,<br><br> *Plaintiff*,<br><br>v.<br><br>PUBLIC COMPANY ACCOUNTING OVERSIGHT BOARD,<br><br> *Defendant*. | Civil Action No. 1:25-cv-70-ACR (consolidated with Nos. 1:24-cv-780 (lead), 1:25-cv-186) |

## JOINT MOTION TO RESET BRIEFING SCHEDULE

Pursuant to this Court's order dated June 14, 2025, the parties in these consolidated cases jointly request that the Court continue all briefing deadlines for the parties' cross-motions for summary judgment for three weeks pending consideration by Defendant Public Company Accounting Oversight Board ("Board") of a settlement in principle of the underlying action involving John Doe Corporation ("Doe Corp."), plaintiff in civil action no. 1:25-cv-70-ACR. This short postponement should allow time for the Board to consider the proposed settlement.

On February 19, 2025, the Court consolidated the three above-captioned cases involving overlapping claims against the Board: *John Doe v. Public Company Accounting Oversight Board*, No. 24-cv-780; *John Doe v. Public Company Accounting Oversight Board*, No. 25-cv-186; and *John Doe Corp. v. Public Company Accounting Oversight Board*, No. 25-cv-70. *See Doe v. Pub. Co. Acct. Oversight Bd.*, No. 24-cv- 780 (D.D.C. Feb. 19, 2025) (order granting consolidation).

The parties agreed that these cases can be resolved through summary judgment. On July 14, 2025, the Court entered the parties' jointly proposed briefing schedule for anticipated cross-motions for summary judgment.

On August 30, 2025, Doe Corp. submitted an offer of settlement to the PCAOB's enforcement staff to settle the underlying Board action against it. The settlement must still be approved by the Board. If approved, the settlement would moot Doe Corp.'s claims, and Doe Corp. would voluntarily dismiss its claims. Plaintiff Doe Corp. seeks to avoid unnecessarily briefing motions for summary judgment in light of the anticipated settlement. In addition, because of the overlapping nature of the claims and defenses in the consolidated cases, it would be impractical for the other plaintiffs to brief motions for summary judgment before Doe Corp.'s settlement is either approved or rejected.

Accordingly, the parties jointly request that the Court continue all summary judgment briefing deadlines for three weeks. The parties anticipate that three weeks is sufficient time for the Board to consider the proposed settlement.

The revised proposed briefing schedule is below. A Proposed Order is attached as <u>Exhibit A</u>.

| Brief | Current Deadline | Proposed Revised Deadline |
|---|---|---|
| Plaintiffs' Opening Brief | September 5, 2025 | September 26, 2025 |
| Defendants' Opening and Response Brief | November 4, 2025 | November 25, 2025 |
| Government's Brief | November 18, 2025 | December 9, 2025 |
| Plaintiffs' Response and Reply Brief | December 2, 2025 | December 23, 2025 |
| Defendants' Reply Brief | December 23, 2025 | January 13, 2026 |
| Plaintiffs' Sur-Reply Brief | January 13, 2026 | February 3, 2026 |

DATED: Sept. 3, 2025

Respectfully submitted,

/s/ *Ian D. Roffman*
Russell G. Ryan (DC Bar # 414472)
Casey Norman (DC Bar # 90016178)
NEW CIVIL LIBERTIES ALLIANCE
4250 N. Fairfax Dr., Suite 300
Arlington, VA 22203
Telephone: (202) 869-5210

*Attorneys for Plaintiffs John Doe (No. 24-cv-780) and John Doe (No. 25-cv-186)*

Ian D. Roffman (*pro hac vice*)
Melanie V. Woodward (*pro hac vice*)
NUTTER, MCCLENNEN & FISH LLP
Seaport West, 155 Seaport Blvd.
Boston, MA 02210
Telephone: (617) 439-2421

*Attorneys for Plaintiffs John Doe (No. 24-cv-780) and John Doe Corporation*

Thomas K. Potter, III (*pro hac vice*)
Burr & Forman
222 Second Avenue South, Suite 2000
Nashville, TN 37201
Telephone: (615) 724-3231

*Attorney for Plaintiff John Doe (No. 25-cv-186)*

/s/ *Ginger D. Anders*
Donald B. Verrilli, Jr. (DC Bar # 420434)
Elaine J. Goldenberg (DC Bar # 478383)
Ginger D. Anders (DC Bar # 494471)
Rachel G. Miller-Ziegler (DC Bar # 229956)
MUNGER, TOLLES & OLSON LLP
601 Massachusetts Ave. NW, Suite 500E
Washington, DC 20001
Telephone: (202) 220-1100
Fax: (202) 220-1100

*Attorneys for Public Company Accounting Oversight Board, Erica Y. Williams, Christina Ho, Kara M. Stein, Anthony C. Thompson, and George R. Botic*

Jeffrey A. Lamken (DC Bar # 440547)
Robert K. Kry (DC Bar # 490545)
MOLOLAMKEN LLP
600 New Hampshire Ave. NW, Suite 500
Washington, DC 20037
Telephone: (202) 556-2000

*Attorneys for Public Company Accounting Oversight Board*

3

## **CERTIFICATE OF SERVICE**

I certify that, on September 3, 2025, a true and correct copy of the foregoing document was served on all counsel of record through the Court's ECF system.

/s/ Ian D. Roffman
Ian D. Roffman *(pro hac vice)*